# EXHIBIT A

IN THE COUNTY COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY, FLORIDA

CIVIL ACTION

STATE OF FLORIDA
    Plaintiff(s),

vs.                                                    Case No.:  25-CT-503716

OACYR GAVA JUNIOR
    Defendant(s).

_____/

### ORDER ON MOTION

**THIS CAUSE** having come before the Court on the Court's Own Motion and after hearing on defendant's Motion to Set Aside Bench Warrant/Capias and the Court having reviewed the file and being further advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Defendant shall be released, ROR, with a promise to appear in person on <u>July 27, 2026 at 1:30 p.m. in Courtroom 2B</u>.  The Court will accept a valid plea in absentia in lieu of personal appearance if filed before the above date and time.  Should the defendant fail to appear or fail to provide a valid plea in in absentia, a subsequent bench warrant shall be issued.

The Court was advised after the hearing that there was no pending warrant in Broward County.

**DONE AND ORDERED**, in Chambers at Fort Myers, Lee County, Florida on this 22nd day of June, 2026.

06/22/2026 14:33:18
25-CT-503716

Devin S. George, County Court Judge   53tBKBaU
25-CT-503716   06/22/2026 14:33:18

Devin S. George

Electronic Service via State eFile Portal:
AOCUser Batch Filer <CriminalDivisionClerical-Lee@ca.cjis20.org>
Carman J Leon <carmanleon@bellsouth.net>
Lee eFile Account <lee-efiling@ca.cjis20.org>
LCSO Warrants <lcsowarrants@sherifleefl.org>
Carman John Leon Jr. <leoncarmanjjr@bellsouth.net>
Oacyr Gava Junior <oacyr.gava@gmail.com>
State Attorney 20th Circuit <eService@sao20.org>
Lee County Jail <correctionsrecordsmanagementunit@sherifleefl.org>