**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

Oacyr Gava Junior,

        Petitioner,

v.

Pamela Bondi, Attorney General, United States Department of Justice, et al.[1],

        Respondents.

Case No. 5:26-cv-02260-FB

**[PROPOSED] ORDER**

Before the Court is the Petitioner's Motion to Enforce Habeas Order and Compel Immediate Release, or in the alternative, for a Prompt Due-Process Bond Hearing and Order to Show Cause (ECF No. 12). For the reasons set forth in the Motion and for good cause shown, the Court **GRANTS** the Motion and **DIRECTS** as follows:

1. The Petitioner's immediate release from immigration detention with advance notice of the time, location, and manner of Mr. Gava Junior's release;

---

[1] In April 2026, Respondent Pamela Bondi was replaced by Todd Blanche. Tyler Pager and Glenn Thrush, *Trump Fires Pam Bondi as Attorney General*, N.Y. Times (April 2, 2026), https://www.nytimes.com/2026/04/02/us/politics/trump-fires-bondi-attorney-general.html. In March 2026, Respondent Kristi Noem was replaced by Markwayne Mullin. Michael C. Bender, et al., *Trump Ousts Noem as Homeland Security Secretary*, N.Y. Times (March 5, 2026), https://www.nytimes.com/live/2026/03/05/us/trump-news. In May 2026, David Venturella replaced Respondent Todd Lyons. Hamed Aleaziz and Tyler Pager, *Trump Administration to Tap Longtime ICE Official to Lead Agency*, N.Y. Times (May 12, 2026), https://www.nytimes.com/2026/05/12/us/politics/ice-david-venturella-trump.html.

2. The Respondents are ordered to show cause why they should not be held in contempt or subject to further enforcement relief for re-detaining him without providing the due-process bond hearing required by this Court's Order.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                          HON. FRED BIERY
                                          UNITED STATES DISTRICT JUDGE